IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERRENCE DEMONT LITTLE, | : | |
| Petitioner, | : | |
| | | Case No. 3:04cv00350 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| WILLIAM TANNER, Warden, Pickaway Correctional Institution, | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| Respondent. | | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MAY 5, 2005 (Doc. #10); ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE; DENYING AND DISMISSING TERRENCE DEMONT LITTLE'S PETITION FOR A WRIT OF HABEAS CORPUS; DENYING A CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. §2253(c); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on May 5, 2005 (Doc. #10) is **ADOPTED** in full;

2. Terrence Demont Little's Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

3. A certificate of appealability under 28 U.S.C. §2253(c) is **DENIED**; and

4. This case is terminated on the docket of this Court.

                                                    *[signature]*
                                                    Walter Herbert Rice
                                                    United States District Judge